IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST, <br><br> MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA CASH DEFERRED SAVINGS PLAN OF 1988, <br><br> MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1993 BENEFIT PLAN, <br><br>           Plaintiffs, <br>    v. <br><br> DOUBLE BONUS COAL COMPANY <br> 818 Eisenhower Drive <br> Beckley, WV 25801 <br><br>           Defendant. | Civil Action No. 1:08-CV-00661 <br><br> Judge: Colleen Kollar-Kotelly |

**AFFIDAVIT OF SERVICE**
**ON DEFENDANT DOUBLE-BONUS COAL COMPANY**

    I hereby affirm that a copy of Plaintiffs' complaint and summons was served on

Defendant on April 21, 2008, via certified mail-return receipt requested at the following address:

    Stephen W. Ball
    Double-Bonus Coal Company
    818 N. Eisenhower Drive
    Beckley, West Virginia 25801

    I declare that the foregoing is true and correct.

Date:  April 29, 2008

        /s/<u>Lynn L. Kiernan</u>
          Lynn L. Kiernan
          Attorney Assistant III
          UMWA Health & Retirement Funds
          Office of the General Counsel
          2121 K Street, NW Suite 350
          Washington, D.C. 20037
          Telephone:  (202) 521-2243

197029313.doc

# EXHIBIT A

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, et al.,
as Trustees of the United Mine Workers
of America 1974 Pension Plan, Cash Deferred
Savings Plan of 1988 and 1993 Benefit Plan

V.

DOUBLE-BONUS COAL COMPANY
818 N. Eisenhower Drive
Beckley, WV 25801

**SUMMONS IN A CIVIL CASE**

CASE:
Case: 1:08-cv-00661
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 4/16/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

DOUBLE-BONUS COAL COMPANY
818 N. Eisenhower Drive
Beckley, West Virginia 25801

Serve: Stephen W. Ball
818 N. Eisenhower Drive
Beckley, West Virginia 25801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Larry D. Newsome, Associate General Counsel
Kathleen B. Burns, Assistant General Counsel
UMWA Health & Retirement Funds
2121 K Street, N.W. Suite 350
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON              APR 16 2008
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | April 21, 2008 |
| NAME OF SERVER *(PRINT)* Lynn L. Kiernan | TITLE Attorney Assistant III |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): sent Certified mail - Return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 29, 2008      *Lynn L. Kiernan*
                Date            Signature of Server

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St. NW Suite 350
Washington, D.C. 20037
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



