IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA CASH
DEFERRED SAVINGS PLAN OF 1988,

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, A. FRANK DUNHAM and
ELLIOT A. SEGAL as Trustees of the
UNITED MINE WORKERS OF AMERICA
1993 BENEFIT PLAN,

            Plaintiffs,

    v.

DOUBLE BONUS COAL COMPANY
818 Eisenhower Drive
Beckley, WV 25801

          Defendant.

Civil Action No. 1:08-CV-00661

Judge: Colleen Kollar-Kotelly

## ANSWER

    Defendant Double Bonus Coal Company, by undersigned counsel, hereby answers the complaint against it in this case as follows:

### FIRST DEFENSE

1. On information and belief, Defendant admits the allegations in paragraph 1 of the Complaint.

2. Defendant admits the allegation in paragraph 2 of the Complaint.

3.  Defendant admits the allegations in paragraph 3 of the Complaint that jurisdiction is conferred by 29 U.S.C. § 185 and 29 U.S.C. § 1132(e), but denies that jurisdiction is conferred by 26 U.S.C. §9721.

4.  On information and belief, Defendant admits the allegations in paragraph 4 of the Complaint.

5.  Defendant admits the allegations in paragraph 5 of the Complaint.

6.  Defendant admits the allegation in paragraph 6 of the Complaint that on or about June 3, 2004 it signed a labor agreement with the United Mine Workers of America.  With respect to the remaining allegations, Defendant avers that the labor agreement speaks for itself.

7.  Defendant denies the allegations in paragraph 7 of the Complaint.

8.  Defendant denies the allegation in the first sentence of paragraph 8 of the Complaint that it has underpaid contributions due Plaintiffs under its Wage Agreement.  Defendant admits the allegation in the second sentence that Plaintiffs have demanded the amount specified therein, but denies that such amount, or any amount, is owed to Plaintiffs, or any of them.  Defendant admits the allegation in the third sentence of paragraph 8 of the Complaint that it has not remitted the amount demanded by Plaintiff, but denies that any amount is owed.

9.  Defendant relies on the statutory section quoted in paragraph 9 of the Complaint to speak for itself, and denies the remaining allegations in paragraph 9.

10. Defendant denies that Plaintiff is entitled to any of the relief requested in (a) – (i) of its request for relief.

11. All allegations in the Complaint not specifically admitted are hereby denied.

<u>SECOND DEFENSE</u>

The Complaint must be dismissed because it fails to state a claim against Defendant for which relief may be granted.

WHEREFORE, having answered the allegations in the Complaint, Defendant respectfully requests that the Complaint be dismissed with prejudice, and that judgment be entered in its favor, with costs of suit.

Respectfully submitted,


_____/s/_____
John R. Woodrum
D.C. Bar No. 933457
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC   20037
Telephone (202) 887-0855
Fax: (202) 887-0866
john.woodrum@odnss.com


Dated: May 12, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA CASH
DEFERRED SAVINGS PLAN OF 1988,

MICHAEL H. HOLLAND, MICHEAL W.          Civil Action No. 1:08-CV-00661
BUCKNER, A. FRANK DUNHAM and
ELLIOT A. SEGAL as Trustees of the          Judge: Colleen Kollar-Kotelly
UNITED MINE WORKERS OF AMERICA
1993 BENEFIT PLAN,

                    Plaintiffs,
          v.

DOUBLE BONUS COAL COMPANY
818 Eisenhower Drive
Beckley, WV 25801

                    Defendant.

_____

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 12th day of May, 2008 a true and correct copy of

Defendant's Answer was served by electronic mail (by pdf scanned file) on the following

persons:

David W. Allen
General Counsel
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

Larry D. Newsome
Associate General Counsel
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

Kathleen B. Burns
Assistant General Counsel
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

*Attorneys for Plaintiffs*

_____/s/_____
John R. Woodrum

6303413.1