IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan, <br><br> Plaintiffs, <br><br> v. <br><br> DOUBLE BONUS <br><br> Defendants. | Civil Action No. 1:08-cv-00661 (CKK) |

**CORPORATE DISCLOSURE OF DEFENDANT DOUBLE BONUS COMPANY, INC.**

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned, counsel of record for Double Bonus Company, Inc., certifies that to the best of my knowledge and belief Double Bonus Company, Inc. has no parent, subsidiary or affiliate companies which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/
John R. Woodrum, D.C. Bar No. 933457
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
Fifth Floor
2400 N St., N.W.
Washington, D.C.  20037
202-887-0800

*Counsel for Defendant Double Bonus Company, Inc.*

6465369.1 (OGLETREE)