IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.,

        Plaintiffs,

v.

DOUBLE BONUS COAL COMPANY

        Defendant.

Civil Action No. 1:08-CV-00661
Judge: Colleen Kollar-Kotelly

Status Hearing 11/14/08 9:00 A.M.

## JOINT STATUS REPORT AS TO DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order of June 30, 2008, the parties, through the undersigned counsel, submit this status report of their discovery plan.

1. On July 7, 2008 the parties conferred and agreed to jointly file this status report as to discovery plan.

2. **Discovery Plan.** The parties propose the following discovery plan:

    A. The parties have agreed to waive the initial disclosures as required by Rule 26(a)(1).

    B. The parties believe that discovery may be needed regarding the issues raised in the Plaintiffs' Complaint and the Defendant's Answer.

    C. All discovery will be completed by November 3, 2008.

    D. Counsel for Plaintiffs will propound its first sets of interrogatories, requests for admissions and requests for documents on or before August 15, 2008. Counsel for Defendant will propound its first set of interrogatories, requests for admissions and requests for production of documents on or before September 2,

2008.  The parties agree to comply with limits and procedures for interrogatories, requests for admissions and requests for production documents set forth in the Federal Rules of Civil Procedure.

E.  The parties agree that all depositions will be completed by October 15, 2008. The parties agree to comply with the limits and procedures for depositions set for in the Federal Rules of Civil Procedure.

    Respectfully submitted,

    DAVID W. ALLEN
    General Counsel
    DC Bar #81638

    LARRY D. NEWSOME
    Associate General Counsel
    DC Bar #254763

    **/s/** Kathleen B. Burns
    KATHLEEN B. BURNS
    Assistant General Counsel
    DC Bar #492460
    UMWA Health & Retirement Funds
    2121 K Street, N.W.
    Washington, D.C.  20037
    Telephone:  (202) 521-2233
    Attorneys for Plaintiffs

    **/s/** John R. Woodrum
    JOHN R. WOODRUM
    DC Bar #933457
    Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
    Fifth Floor
    2400 N Street, N.W.
    Washington, D.C.  20037
    Telephone:  (202) 887-0800
    Attorney for Defendant